**From:** bltopaz2 <bltopaz2@aol.com>

**To:** grrcourtreporting <grrcourtreporting@aol.com>

**Date:** Tue, Apr 7, 2015 12:57 am

**Attachments:** FullSizeRender.jpg (2252K), FullSizeRender.jpg (2850K), FullSizeRender.jpg (1119K), FullSizeRender.jpg (2551K), FullSizeRender.jpg (849K)

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

04/7/2015 6:11:22 AM

KEITH E. HOTTLE
Clerk

Sent from my iPhone

5 Attached Images







ADMITTED
AUG 12 2014
381ST COURT





**From:** bltopaz2 <bltopaz2@aol.com>

**To:** grrcourtreporting <grrcourtreporting@aol.com>

**Date:** Tue, Apr 7, 2015 12:59 am

**Attachments:** FullSizeRender.jpg (2194K), FullSizeRender.jpg (688K), FullSizeRender.jpg (2141K), FullSizeRender.jpg (729K), FullSizeRender.jpg (1951K)

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

04/7/2015 6:11:22 AM

KEITH E. HOTTLE
Clerk

Sent from my iPhone

---

5 Attached Images











**From:** bltopaz2 <bltopaz2@aol.com>

**To:** grrcourtreporting <grrcourtreporting@aol.com>

**Date:** Tue, Apr 7, 2015 12:59 am

**Attachments:** FullSizeRender.jpg (836K), FullSizeRender.jpg (2411K), FullSizeRender.jpg (759K), FullSizeRender.jpg (2630K), FullSizeRender.jpg (829K)

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

04/7/2015 6:11:22 AM

KEITH E. HOTTLE
Clerk

Sent from my iPhone

5 Attached Images







ADMITTED
AUG 1 2 2014
381ST COURT





**From:** bltopaz2 <bltopaz2@aol.com>

**To:** grrcourtreporting <grrcourtreporting@aol.com>

**Date:** Tue, Apr 7, 2015 1:00 am

**Attachments:** FullSizeRender.jpg (2306K), FullSizeRender.jpg (731K), FullSizeRender.jpg (1795K), FullSizeRender.jpg (2014K)

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

04/7/2015 6:11:22 AM

KEITH E. HOTTLE
Clerk

Sent from my iPhone

4 Attached Images









Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, information about a specific disciplinary sanction listed above or to request a copy of a disciplinary judgment, please contact the Office of the Chief Disciplinary Counsel at (877) 953-5535. There is a $15.00 fee for each disciplinary judgment copied. Make checks payable to: State Bar of Texas, PO Box 12487, Austin TX 78711 or by Credit Card.

**Other States**

**Sanction**

| State | Sanction Date Start - End |
|---|---|

None Reported By Attorney

**Statutory Profile Last Certified On:**

The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. The information noted with an asterisk (*) is provided by the State Bar of Texas. Texas grievance/disciplinary information will not appear on the profile until a final determination is reached. Access to this site is authorized for public use only. Any unauthorized use of this system is subject to both civil and criminal penalties. This does not constitute a certified lawyer referral service.

9111 Eastex Fwy
Houston, TX 77093-7047
**Phone:**

*Download vCard*
*Show in Google Maps*
*Show in Google Earth*